IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TIMOTHY S. KEMP,** | 07-CV-1085-BR |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | |
| Defendant. | |

**H. PETER EVANS**
9900 S.W. Greenburg Road
Columbia Business Center, Suite 235
Portland, OR  97223
(503) 245-6309

      Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

1  -  JUDGMENT

**DAVID MORADO**
Office of the General Counsel
**NANCY A. MISHALANIE**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2545

        Attorneys for Defendant

      Based on the Court's Opinion and Order (# 33) issued October 17, 2008, the Court hereby **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Opinion and Order issued October 17, 2008.

      DATED this 17th day of October, 2008.

                                        /s/ Anna J. Brown

                                    ANNA J. BROWN
                                    United States District Judge